**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** October 18, 2010

**Case No:** C10-1234 EMC

**Case Name:** Otis v. Kaiser, et al.

**Deputy Clerk:** Betty Lee

**ORDERED:**

This court hereby extended the deadline to complete settlement conference from 11/8/10 to 2/28/11. Parties shall contact Magistrate Judge Zimmerman for new settlement conference date.

The 11/10/10 2:30 p.m. status conference is also **reset** to **3/9/11 at 2:30 p.m.** An updated joint status conference statement shall be filed by 3/2/11.

Plaintiff Sherri Otis is once again encouraged to contact the Legal Help Center at (415) 782-9000, extension 8657, for legal advise.

**Order to be prepared by:** [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to:** 3/9/11 at 2:30 p.m. for status conference. An updated joint status conference statement shall be filed by 3/2/11.

cc: EMC

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SHERRY OTIS,

        Plaintiff,

v.

KAISER PERMANENTE et al,

        Defendant.

Case Number: CV10-01234 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 18, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sherry Otis
2533 Lake Street, Unit 4
San Francisco, CA 94121

Dated: October 18, 2010

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk