Deborah J. Broyles  (SBN 167681)
Tiffany Renee Thomas (SBN 239085)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659

Telephone:    (415) 543-8700
Facsimile:    (415) 391-8269

Attorneys for Defendant
Kaiser Foundation Health Plan, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY OTIS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>　　　　　　Defendant(s). | Case No.   10-CV-1234 EMC  (BZ)<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT KAISER FOUNDATION HEALTH PLAN, INC.'S MOTION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>*Hon. Edward M. Chen* |

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | The Court has reviewed and considered Kaiser Foundation Health Plan, Inc.'s Motion to |
| 3 | Continue the Settlement Conference currently set for October 28, 2010. ~~Good cause appearing, the~~ |
| 4 | ~~Court hereby ORDERS as follows: Kaiser's Motion to Continue the Settlement Conference by not~~ |
| 5 | ~~less than thirty (30) days is GRANTED~~. |

THE SETTLEMENT CONFERENCE IS CONTINUED TO **DECEMBER 29, 2010 AT 9:00 A.M**.  THE COURT'S PREVIOUS ORDER OTHERWISE REMAINS IN FULL FORCE AND EFFECT.

DATED: October 18, 2010

*/s/ Bernard Zimmerman*

~~EDWARD M. CHEN~~   BERNARD ZIMMERMAN
United States Magistrate Judge

- 1 -
~~[PROPOSED]~~ ORDER