Deborah J. Broyles  (SBN 167681)
Tiffany Renee Thomas (SBN 239085)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659

Telephone:     (415) 543-8700
Facsimile:      (415) 391-8269

Attorneys for Defendant
Kaiser Foundation Health Plan, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY OTIS,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>　　　　　　　　Defendant(s). | Case No.   10-CV-1234 EMC<br><br>**[PROPOSED] ORDER RE REMOVAL OF EXHIBITS C AND D TO THE DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO APPOINT LIMITED-SCOPE COUNSEL**<br><br>*Hon. Edward M. Chen* |

– 1 –

**[PROPOSED] ORDER RE REMOVAL OF EXHIBITS C AND D TO THE DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO APPOINT LIMITED-SCOPE COUNSEL**

– 2 –

# **ORDER**

The Court has reviewed and considered the stipulation entered into by Plaintiff Sherry Otis and Defendant Kaiser Foundation Hospitals, Inc. regarding the removal of Exhibits C and D to the Declaration in Support of Plaintiff's Motion to Appoint Limited-Scope Counsel.  Good cause appearing, the Court hereby ORDERS as follows:

1. The parties' request that Exhibits C and D to the Declaration in Support of Plaintiff's Motion to Appoint Limited-Scope Counsel is GRANTED.

2. The Clerk of the Court is directed to take all steps necessary to withdraw Exhibits C and D from the Court's files and the online docket.

DATED: 10/25/10



EDWAR[D M. CHEN]
United S[tates District Judge]

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –

**[PROPOSED] ORDER RE REMOVAL OF EXHIBITS C AND D TO THE DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO APPOINT LIMITED-SCOPE COUNSEL**