United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY OTIS,<br><br>        Plaintiff,<br><br>     v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>        Defendant.<br>_____/ | Case No. C10-1234 EMC<br><br>**ORDER APPOINTING COUNSEL** |

Because the plaintiff Sherry Otis has requested and is in need of counsel to assist her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Carmen Aviles of The Lanier Law Firm is hereby appointed as counsel for plaintiff Sherry Otis for the limited purpose of representing plaintiff at her deposition and the December 29, 2010 settlement conference. Carmen Aviles' address is 2200 Geng Road, Suite 200, Palo Alto, CA 94303. Telephone No. (650) 319-2900. The Clerk of this Court shall forward to Attorney Aviles one (1) copy of the court file.

    IT IS SO ORDERED.

Dated: November 23, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SHERRY OTIS,

        Plaintiff,

v.

KAISER PERMANENTE et al,

        Defendant.

Case Number: CV10-01234 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sherry Otis
2533 Lake Street, Unit 4
San Franciso, CA 94121

Dated: November 23, 2010

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

2