| | |
|---|---|
| 1 | THE LANIER LAW FIRM, P.C. |
| 2 | Christopher D. Banys   SBN: 230038<br>cdb@lanerlawfirm.com |
| 3 | Carmen M. Aviles      SBN: 251993<br>cma@lanierlawfirm.com |
| 4 | 2200 Geng Road, Suite 200<br>Palo Alto, CA 94303 |
| 5 | Telephone:   (650) 322-9100 |
| 6 | Facsimile:    (650) 322-9103 |
| 7 | Attorneys for Plaintiff<br>SHERRY OTIS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERRY OTIS,<br><br>             Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>             Defendant. | Case No. 10-CV-1234 EMC (BZ)<br><br>[~~PROPOSED~~] ORDER GRANTING CONTINUATION OF SETTLEMENT CONFERENCE<br><br><br><br><br><br>*Hon. Bernard Zimmerman* |

The court has review and considered the stipulation entered into by Plaintiff Sherry Otis and Defendant Kaiser Foundation Heath Plan, Inc., regarding the continuation of the Settlement Conference. Good cause appearing, the Court hereby ORDERS as follows:

The Settlement Conference currently set for Wednesday, December 29, 2010 at 9:00 a.m., is continued until Feb 1 / 2011 at 9 am

DATED: 9 De 2010

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

[PROPOSED] ORDER GRANTING
CONTINUATION OF SETTLEMENT
CONFERENCE: CASE NO: 10-cv-1234 EMC(BZ)        1