1  THE LANIER LAW FIRM, P.C.
2  Christopher D. Banys         SBN: 230038
   Carmen M. Aviles             SBN: 251993
3  2200 Geng Road
   Suite 200
4  Palo Alto, CA  94303
   Telephone:     (650) 322-9100
5  Facsimile:     (650) 322-9103
   cdb@lanierlawfirm.com
6  cma@lanierlawfirm.com

7

8  Attorneys for Plaintiff
   SHERRY OTIS
9

10                IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  SHERRY OTIS,                        Case No.   10-CV-1234 EMC

14           Plaintiff,

15  v.                                  **STIPULATION AND [PROPOSED]
                                        ORDER REGARDING DISMISSAL**
16  KAISER FOUNDATION HEALTH
    PLAN, INC.,
17
            Defendant.
18

19

20     The parties, through their respective undersigned counsel, hereby stipulate pursuant to

21  Fed. R. Civ. P. 41(a)(1) that: (1) all claims for relief asserted against KAISER

22  FOUNDATION HEALTH PLAN, INC. by SHERRY OTIS herein are dismissed with

23  prejudice;  and (2) all attorneys' fees, costs of court and expenses shall be borne by each party

24  incurring the same.

25  ///

26  ///

27  ///

28  ///

| | | |
|---|---|---|
| 1 | Dated: February 15, 2011 | THE LANIER LAW FIRM, P.C. |
| 2 | | |
| 3 | | By: */s/ Carmen M. Aviles* |
| 4 | | Christopher D. Banys<br>Carmen M. Aviles |
| 5 | | Attorneys for Plaintiff<br>SHERRY OTIS |
| 8 | Dated: February 15, 2011 | REED SMITH, LLP |
| 10 | | By: */s/ Tiffany Renee Thomas* |
| 11 | | Tiffany Renee Thomas |
| 12 | | Attorney for Defendant<br>KAISER FOUNDATION HEALTH PLAN, INC. |

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED and DECREED that: (1) all claims for relief asserted against KAISER FOUNDATION HEALTH PLAN, INC. by SHERRY OTIS herein are dismissed with prejudice; and (2) all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED.

Dated: \_\_\_2/23_____, 2011

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(United States District Court, Northern District of California seal)

STIPULATION AND [PROPOSED]
ORDER REGARDING DISMISSAL

CASE NO. 3:10-CV-1234 EMC

2